GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
         wkrog@rmkb.com

LEANN PEDERSEN POPE
VICTORIA R. COLLADO
MICHAEL G. SALEMI
BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 North Wabash, 22nd Floor
Chicago, IL 60611
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
Email: lpope@burkelaw.com
         vcollado@burkelaw.com
         msalemi@burkelaw.com
Admitted *Pro Hac Vice*

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL MALCOLM, an individual, on his own behalf and on behalf of all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | CASE NO. 09 CV 4496 JF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO AMENDED COMPLAINT** |

///
///
///
///
///
///
///

1    Pursuant to the stipulation of the parties,

2    IT IS HEREBY ORDERED:

3    Defendant JPMorgan Chase Bank, N.A. may have an extension of seven days to answer

4 the amended complaint, up to and including May 5, 2010.

5    IT IS SO ORDERED.

6 Dated:    4/29    , 2010

7

8    _____
    HON. JEREMY FOGEL

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/5496494.1/AB7                - 2 -   [PROPOSED] ORDER GRANTING EXTENSION
                                          OF TIME FOR DEFENDANT TO RESPOND TO
                                          AMENDED COMPLAINT