Judge Pallmeyer
Magistrate Keys
Filed 6/7/10
10cv3664 wah

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Jun 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 07, 2010

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JP MORGAN CHASE BANK HOME EQUITY
LINE OF CREDIT LITIGATION                                   MDL No. 2167

## TRANSFER ORDER

**Before the entire Panel**[*]**:** Plaintiffs in seven actions seek centralization, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the nine actions listed on Schedule A[1] in the Northern District of Illinois or, alternatively, the Northern District of California. Plaintiff in the District of Minnesota action and defendants[2] support the motion. Plaintiff in the Northern District of California *Yakas* action supports centralization in the Northern District of California.

This litigation currently consists of the following nine actions: two actions each in the Central and Northern Districts of California, and an action each in the Eastern and Southern Districts of California, the Northern District of Illinois, the District of Minnesota, and the Northern District of Texas.

On the basis of the papers filed and hearing session held, we find that these nine actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. As all parties agree, all actions involve common factual allegations that Chase improperly suspended or reduced plaintiffs' respective home equity line of credit accounts and, relatedly, used inappropriate automated valuation models in assessing the value of the underlying properties. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary.

---

[*] Judge Heyburn took no part in the decision of this matter.

[1] Plaintiffs' motion originally included ten actions, but an action in the Southern District of California (*Ostrow*) was later dismissed.

[2] JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., and Chase Bank USA, N.A. (collectively Chase).

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: JUNE 14, 2010

- 2 -

The Northern District of Illinois is an appropriate transferee forum for this litigation. Defendants and almost all plaintiffs support centralization in this district. Moreover, the Northern District of Illinois provides a convenient forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Rebecca R. Pallmeyer for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

PANEL ON MULTIDISTRICT LITIGATION

_____
Robert L. Miller, Jr.
Acting Chairman

| John G. Heyburn II, Chairman[*] | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | Barbara S. Jones |

IN RE: JP MORGAN CHASE BANK HOME EQUITY
LINE OF CREDIT LITIGATION                                                                     MDL No. 2167

## SCHEDULE A

### Central District of California

Michael Walsh v. JPMorgan Chase Bank, N.A., et al., C.A. No. 2:09-4387 (10 C 3660)
Robert Wilder v. JPMorgan Chase Bank, N.A., et al., C.A. No. 8:09-834 (10 C 3662)

### Eastern District of California

(10 C 3663)
Robert M. Frank, et al. v. Washington Mutual Bank, Henderson, Nevada, et al., C.A. No. 2:09-3408

### Northern District of California

Mary Jane Yakas v. Chase Manhattan Bank USA, N.A., C.A. No. 3:09-2964 (10 C 3664)
Michael Malcolm v. JPMorgan Chase Bank, N.A., C.A. No. 5:09-4496 (10 C 3665)

### Southern District of California

Michell Kimball v. Washington Mutual Bank, Henderson, Nevada, et al., C.A. No. 3:09-1261
(10 C 3666)

### Northern District of Illinois

Shannon Hackett v. JPMorgan Chase Bank, N.A., C.A. No. 1:09-7986

### District of Minnesota

William Cavanagh v. JPMorgan Chase Bank, N.A., C.A. No. 0:09-3389 (10 C 3667)

### Northern District of Texas

Daryl Mayes v. JPMorgan Chase Bank, N.A., et al., C.A. No. 4:10-157 (10 C 3668)

Docket: 2167 - IN RE: JPMorgan Chase Bank Home Equity Line of Credit Litigation
Status: Transferred on 06/07/2010
Transferee District: ILN    Judge: Pallmeyer, Rebecca R.                                   Printed on 06/07/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Albert, Lee<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue<br>Suite 801<br>New York, NY 10016 | => Phone: (212) 682-1818  Fax: (212) 682-1892  Email: lalbert@murrayfrank.com<br>Cavanagh, William* |
| Beckman, Suzanne Havens<br>PARISI & HAVENS LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, CA 91403 | => Phone: (818) 990-1299  Fax: (818) 501-7852  Email: shavens@parisihavens.com<br>Walsh, Michael* |
| Chorowsky, Ilan<br>PROGRESSIVE LAW GROUP LLC<br>222 W. Ontario Street<br>Suite 310<br>Chicago, IL 60610 | => Phone: (312) 787-2717  Fax: (888) 574-9038  Email: ilan@progressivelaw.com<br>Hackett, Shannon* |
| Collins, Christopher<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | => Phone: (619) 231-1058  Fax: (619) 231-7423  Email: chrisc@rgrdlaw.com<br>Yakas, Mary Jane* |
| Fisch, Karin E.<br>ABBEY SPANIER RODD & ABRAMS LLP<br>212 East 39th Street<br>New York, NY 10016 | => Phone: (212) 889-3700  Fax: (212) 684-5191  Email: kfisch@abbeyspanier.com<br>Frank, Maria I.*; Frank, Robert M.* |
| Kleinman, Robert B.<br>SUTTON KLEINMAN PLLC<br>710 W. 14th Street<br>Suite A<br>Austin, TX 78701 | => Phone: (512) 276-5040  Fax: (512) 355-4155  Email: rkleinman@suttonkleinman.com<br>Mayes, Daryl* |
| Meyers, Evan M.<br>EDELSON MCGUIRE LLC<br>350 N. LaSalle Street<br>Suite 1300<br>Chicago, IL 60654 | => Phone: (312) 589-6370  Fax: (312) 589-6378  Email: emeyers@edelson.com<br>Kimball, Michell*; Malcolm, Michael*; Wilder, Robert* |
| Pope, LeAnn P.<br>BURKE WARREN MACKAY & SERRITELLA PC<br>330 North Wabash Avenue<br>22nd Floor<br>Chicago, IL 60611-3607 | => Phone: (312) 840-7013  Fax: (312) 840-7900  Email: lpope@burkelaw.com<br>Chase Manhattan Bank USA, N.A.; JPMorgan Chase Bank, N.A.*; Washington Mutual Bank; Washington Mutual Bank, Henderson, Nevada |

Note: Please refer to the report title page for complete report scope and key.

IN RE: JPMORGAN CHASE BANK HOME EQUITY
LINE OF CREDIT LITIGATION                                                                    MDL No. 2167

## INVOLVED CLERKS LIST

Karen S. Mitchell, Clerk
310 U.S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643
**MDL TXND/TXND/05/USCOURTS**

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900
**John Morrill/CASD/09/USCOURTS**

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
**MNDdb_MDL Panel Orders**

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489
**Rufino Santos/CAND/09/USCOURTS**

Richard W. Wieking, Clerk
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113
**Rufino Santos/CAND/09/USCOURTS**

Terry Nafisi, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012
**MDLClerk/CACD/09/USCOURTS**

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516
**MDLClerk/CACD/09/USCOURTS**

Victoria Minor, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322
**CAEDml_Multi-District-LItigation**